# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| BANDSPEED, INC., <br><br> PLAINTIFF <br><br> v. <br><br> QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., and QUALCOMM INNOVATION CENTER INC., <br><br> DEFENDANTS. | Case No. 1:14-cv-00436-LY |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Qualcomm Incorporated, Qualcomm Atheros, Inc., and Qualcomm Innovation Center Inc. (collectively, "Defendants") respectfully file this Unopposed Motion for Extension of Time to File a Reply to Plaintiff Bandspeed, Inc.'s ("Bandspeed") Response (Dkt. 113) to Defendants' Motion for Judgment on the Pleadings (filed under seal as an attachment to Dkt. 106).

Defendants' deadline to reply to Plaintiff's response is currently May 6, 2016. The present motion requests that Defendants have up to and including May 16, 2016, to reply to Plaintiff's response.

This motion is not brought for the purpose of delay. Counsel for Defendants has conferred with counsel for Plaintiff regarding the relief sought in this Motion. Plaintiff does not oppose the relief sought herein.

Defendants respectfully requests that the Court grant this motion and extend Defendants' deadline to reply to Plaintiff's response to Defendants' Motion for Judgment on Pleadings to May 16, 2016.

Date: April 28, 2016	Respectfully submitted,	,

By: */s/ Richard S. Zembek*
Richard S. Zembek (TBN 00797726)
richard.zembek@nortonrosefulbright.com
Eric B. Hall (TBN 24012767)
eric.hall@nortonrosefulbright.com
Daniel S. Leventhal (TBN 24050923)
daniel.leventhal@nortonrosefulbright.com
Darren T. Smith (TBN 24088433)
darren.smith@nortonrosefulbright.com
Norton Rose Fulbright US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

Alan D Albright (TBN 00973650)
Chad Ennis (TBN 24045834)
Bracewell LLP
111 Congress Ave., Suite 2300
Austin, TX 78701
512-472-7800
Fax: 800-404-3970
alan.albright@bracewelllaw.com
chad.ennis@bracewelllaw.com

**Counsel for Defendants Qualcomm Incorporated, Qualcomm Atheros, Inc., and Qualcomm Innovation Center Inc.**

## CERTIFICATE OF CONFERENCE

The undersigned herby certifies that counsel for Defendants has complied with the meet and confer requirement in the Local Rules. On April 28, 2016, counsel for Defendants conferred with counsel for Bandspeed regarding this request for motion for extension of time to file their reply to Plaintiff's response to Defendants' Motion for Judgment on the Pleadings and counsel for Plaintiff Bandspeed indicated that the Motion is Unopposed.

*/s/ Alan D Albright*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Alan D Albright*