## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| BANDSPEED, INC., | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| , v. | § | Case No. 1:14-cv-00436-LY |
| | § | |
| QUALCOMM INCORPORATED, | § | |
| QUALCOMM ATHEROS, INC., and | § | |
| QUALCOMM INNOVATION | § | |
| CENTER INC., | § | |
| | § | |
| DEFENDANTS. | § | |

## EXHIBITS TO DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. NO. 118)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 16, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of these exhibits via the Court's CM/ECF system.

*/s/ Stephanie N. DeBrow*

# EXHIBIT A

IN THE HIGH COURT OF JUSTICE                    No 7787 of 2014

CHANCERY DIVISION

COMPANIES COURT

MR JUSTICE SNOWDEN

11 August 2015



IN THE MATTER OF CSR PLC

-and-

IN THE MATTER OF THE COMPANIES ACT 2006

UPON THE CLAIM FORM of the above-named CSR plc (hereinafter called the "**Company**") whose registered office is situated at Churchill House, Cambridge Business Park, Cowley Road, Cambridge, Cambridgeshire, CB4 0WZ presented to this Court on 29 October 2014

AND UPON HEARING Counsel for the Company

AND UPON READING the said Claim Form and the evidence

AND UPON QUALCOMM GLOBAL TRADING PTE LTD , undertaking by counsel to be bound by the Scheme of Arrangement (the "**Scheme**") referred to below and to execute and do or procure to be executed and done all such documents, acts or things as may be necessary or desirable to be executed or done by it or on its behalf for the purpose of giving effect to the Scheme

THIS COURT HEREBY sanctions the Scheme set out in the Schedule hereto

AND IT IS ORDERED that the hearing of the Claim Form for the Court to approve the reduction of capital associated with the Scheme be adjourned until 13 August 2015

AND IT IS ORDERED that this order be produced by the Company to the Registrar of Companies and that it deliver an office copy to him together with a copy of the said Scheme

525251672

 

SPE     13/08/2015     #9
COMPANIES HOUSE

THURSDAY

*S4DPG1TU*

# PART FOUR: THE SCHEME OF ARRANGEMENT

## THE SCHEME OF ARRANGEMENT

IN THE HIGH COURT OF JUSTICE
CHANCERY DIVISION
COMPANIES COURT

No 7787 of 2014

### IN THE MATTER OF CSR PLC

and

### IN THE MATTER OF THE COMPANIES ACT 2006

SCHEME OF ARRANGEMENT
*(under Part 26 of the Companies Act 2006)*

between

CSR PLC

AND

THE HOLDERS OF THE SCHEME SHARES
(as hereinafter defined)

### PRELIMINARY

(A)   In this Scheme, unless inconsistent with the subject or context, the following expressions bear the following meanings

| | |
|---|---|
| **"Business Day"** | a day, (other than a Saturday, Sunday or public or bank holiday) on which clearing banks in London are generally open for normal business, |
| **"certificated form"** or **"in certificated form"** | a share or other security which is not in uncertificated form (that is, not in CREST), |
| **"Code"** | the City Code on Takeovers and Mergers, |
| **"Companies Act"** | the Companies Act 2006, as amended, |
| **"Court"** | the High Court of Justice in England and Wales, |
| **"Court Hearings"** | the First Court Hearing and the Second Court Hearing, |
| **"Court Meeting"** | the meeting of Scheme Shareholders (and any |

adjournment thereof) convened pursuant to an order of the Court pursuant to section 896 of the Companies Act for the purpose of considering and, if thought fit, approving (with or without modification) this Scheme,

| | |
|---|---|
| **"Court Orders"** | the Scheme Court Order and the Reduction Court Order, |
| **"CREST"** | the system for the paperless settlement of trades in securities and the holding of uncertificated securities operated by Euroclear in accordance with a relevant system (as defined in the Regulations) of which Euroclear is the Operator (as defined in the Regulations), |
| **"CSR"** | CSR plc, incorporated in England and Wales with registered number 04187346, |
| **"CSR ADSs"** | American Depositary Shares, each representing four CSR Shares, |
| **"CSR Shareholders"** | the holders of CSR Shares, |
| **"CSR Shares"** | ordinary shares of 0 1 pence each in the capital of CSR, |
| **"Effective Date"** | the date on which this Scheme becomes effective in accordance with its terms, |
| **"Euroclear"** | Euroclear UK & Ireland Limited, a limited company incorporated in England and Wales with registered number 02878738, |
| **"Excluded Shares"** | any CSR Shares which are registered in the name of or beneficially owned by any member of the Qualcomm Group or its nominee(s) and any CSR Shares held in treasury, |
| **"First Court Hearing"** | the hearing at which the Scheme Court Order is made, |
| **"holder"** | a registered holder and includes any person(s) entitled by transmission, |
| **"QGT"** | Qualcomm Global Trading Pte Ltd , a company incorporated in the Republic of Singapore with company number 201127766C and whose registered office is 80 Robinson Road, #02-00, Singapore 068898, |
| **"Qualcomm Group"** | Qualcomm Incorporated and its subsidiary |

undertakings,

**"Reduction Court Order"**     the order of the Court confirming the Reduction of Capital and directing the Re-registration,

**"Reduction of Capital"**     the proposed reduction of share capital of CSR pursuant to the Scheme,

**"Regulations"**     the Uncertificated Securities Regulations 2001 (SI 2001/3755), as amended,

**"Re-registration"**     the proposed re-registration of CSR as a private company under section 651 of the Companies Act and as provided for by this Scheme,

**"Scheme"**     this scheme of arrangement in its present form or with or subject to any modification, addition or condition which QGT and CSR may agree, and if required, the Court may approve or impose,

**"Scheme Court Order"**     the order of the Court sanctioning the Scheme under Part 26 of the Companies Act,

**"Scheme Record Time"**     6 00 p m on the Business Day immediately preceding the date of the Second Court Hearing,

**"Scheme Shareholders"**     holders of Scheme Shares,

**"Scheme Shares"**     the CSR Shares,

(i)     in issue at the date of this document,

(ii)     (if any) issued after the date of this document and prior to the Voting Record Time, and



(iii)     (if any) issued at or after the Voting Record Time and prior to the Scheme Record Time in respect of which the original or any subsequent holder thereof shall be bound by this Scheme or shall by such time have agreed in writing to be bound by this Scheme,

in each case other than any Excluded Shares,

**"Second Court Hearing"**     the hearing at which the Reduction Court Order is made and authorisation of the Re-registration will be sought,

**"Statement of Capital"**     the statement of capital to be filed in relation to the Reduction of Capital,

| | |
|---|---|
| **"subsidiary undertaking"** | has the meaning given in section 1162 of the Companies Act, |
| **"uncertificated form"** or **"in uncertificated form"** | a share or other security recorded on the relevant register as being held in uncertificated form in CREST, and title to which, by virtue of the Regulations, may be transferred by means of CREST, and |
| **"Voting Record Time"** | 6 00 p m on the day which is two Business Days prior to the date of the Court Meeting or, if the Court Meeting is adjourned, 6 00 p m on the day which is two Business Days before the date of such adjourned meeting |

(B)   The issued share capital of the Company as at the close of business on 10 November 2014 (the latest practicable date prior to the publication of the Scheme Document) was £185,736 150, divided into 185,736,150 CSR Shares, all of which were credited as fully paid  This figure includes 19,862,679 CSR Shares held in treasury

(C)   As at 10 November 2014 (the latest practicable date prior to publication of the Scheme Document), no member of the Qualcomm Group holds any CSR Shares

(D)   QGT has agreed to appear by Counsel at the First Court Hearing to sanction this Scheme and to undertake to the Court to be bound by the provisions of this Scheme and to execute and do or procure to be executed and done all such documents, acts and things as may be necessary or desirable to be executed or done by it to give effect to this Scheme

**1.      Cancellation of Scheme Shares**

(A)   The share capital of CSR shall be reduced by cancelling and extinguishing the Scheme Shares

(B)   CSR shall be re-registered as a private company pursuant to section 651 of the Companies Act, its name changed to CSR Limited (or such other name as CSR may decide) and its articles of association amended accordingly

(C)   Subject to the Reduction of Capital and the Re-registration taking effect as referred to in paragraphs (A) and of this clause 1 respectively (and notwithstanding any contrary provisions in CSR's articles of association), the reserve arising in the books of account of CSR as a result of such Reduction of Capital shall be applied in paying up in full at par such number of new CSR Shares as shall be equal to the number of Scheme Shares

cancelled as aforesaid which shall be allotted and issued credited as fully paid (and free from liens, charges, encumbrances, rights of pre-emption, rights of set-off and other third party rights of any nature whatsoever) to QGT and/or its nominee(s) in consideration for the sums to be paid by QGT as set out in clause 2 below

## 2. Consideration for the cancellation of Scheme Shares

(A) In consideration for the cancellation of the Scheme Shares and the creation, allotment, payment up and issue of the new CSR Shares to QGT and/or its nominee(s) referred to in sub-clause 1(C), QGT shall, subject as hereinafter provided, pay or procure that there shall be paid to or for the account of each Scheme Shareholder whose name appears in the register of members of CSR at the Scheme Record Time

### for each Scheme Share 900 pence in cash

(B) If any dividend or distribution is proposed, declared, made or payable by CSR in respect of a CSR Share on or after 14 October 2014, QGT shall be entitled to reduce the amount of consideration payable by an amount equal to such dividend or distribution, unless the CSR Share is or will be acquired by QGT on a basis which entitles QGT alone to receive the dividend or distribution directly from CSR and to retain it

## 3. Share certificates and cancellation of CREST entitlements

With effect from and including the Effective Date

(A) all certificates representing Scheme Shares shall cease to have effect as documents of title to the Scheme Shares comprised therein and every holder of Scheme Shares shall be bound by the request of CSR to deliver up the same to CSR, or, as it may direct, to destroy the same,

(B) Euroclear shall be instructed to cancel the entitlements to Scheme Shares of holders of Scheme Shares in uncertificated form, and

(C) in respect of the certificated Scheme Shares, appropriate entries will be made in the register of members of CSR to reflect their cancellation

## 4. Despatch of consideration

(A) As soon as practicable after the Effective Date, and in any event not more than 14 days after the Effective Date, QGT shall

(i)     in the case of the Scheme Shares which at the Scheme Record Time are in certificated form, despatch or procure the despatch to the persons entitled thereto, or as they may direct, in accordance with the provisions of sub-clause 4(B), cheques for the sums payable to them respectively in accordance with clause 2, and

(ii)     in the case of the Scheme Shares which at the Scheme Record Time are in uncertificated form, ensure that an assured payment obligation is created in respect of the sums payable in accordance with the CREST assured payment arrangements provided that QGT reserves the right to make payment of the said consideration by cheque as aforesaid in sub-clause 4(A)(i) if, for any reason, it wishes to do so

(B)     All deliveries of cheques or certificates required to be made pursuant to this Scheme shall be effected by sending the same by first class post (or international standard (formerly airmail) post, if overseas) in pre-paid envelopes addressed to the persons entitled thereto at their respective registered addresses as appearing in the register of members of CSR at the Scheme Record Time (or in the case of any joint holders, at the address of the joint holder whose name stands first in the register of members of CSR in respect of such joint holding) and none of CSR, QGT or their respective agents or nominees shall be responsible for any loss or delay in the transmission of any cheques or certificates sent in accordance with this sub-clause 4(B), which shall be sent at the risk of the person or persons entitled thereto

(C)     All cheques shall be in pounds Sterling and shall be made payable to the person or persons to whom, in accordance with the foregoing provisions of this clause 4, the envelope containing the same is addressed, and the encashment of any such cheque shall be a complete discharge of QGT's obligation under this Scheme to pay the monies represented thereby

(D)     In respect of payments made through CREST, QGT shall ensure that an assured payment obligation is created in accordance with the CREST assured payment arrangements The creation of such an assured payment obligation shall be a complete discharge of QGT's obligation under this Scheme with reference to the payments made through CREST

(E)     The preceding paragraphs of this clause 4 shall take effect subject to any prohibition or condition imposed by law

**5. Dividend mandates**

Each mandate relating to the payment of dividends on any Scheme Shares and other instructions given to CSR by CSR Shareholders in force at the Scheme Record Time shall, as from the Effective Date, cease to be valid

**6. Operation of this Scheme**

(A) This Scheme shall become effective upon copies of the Court Orders (in the case of the Reduction Court Order, accompanied by the Statement of Capital) being delivered to the Registrar of Companies in England and Wales for registration and, in relation to the Reduction Court Order, if the Court so orders, being registered by him

(B) Unless this Scheme has become effective on or before 31 December 2015, or such later date, if any, as CSR and QGT may agree and the Court and the Panel on Takeovers and Mergers may allow, this Scheme shall never become effective

(C) CSR and QGT may jointly consent on behalf of all persons concerned to any modification of or addition to this Scheme or to any condition that the Court may approve or impose Any such modification or addition may require the consent of the Panel on Takeovers and Mergers

**7. Governing Law**

This Scheme is governed by English law and is subject to the jurisdiction of English courts The rules of the Code will apply to this Scheme

Dated 12 November 2014

IN THE HIGH COURT OF JUSTICE

CHANCERY DIVISION

COMPANIES COURT

MR JUSTICE SNOWDEN

11 August 2015

IN THE MATTER OF
CSR PLC

-and-

IN THE MATTER OF
THE COMPANIES ACT 2006

---

ORDER

sanctioning a Scheme of Arrangement

---

Slaughter and May
One Bunhill Row
London
EC1Y 8YY

Tel 020 7600 1200
Ref CWYU/ACXM

# EXHIBIT B

6-K 1 d93622d6k.htm FORM 6-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# Form 6-K

_____

**REPORT OF FOREIGN PRIVATE ISSUER
PURSUANT TO RULE 13a-16 OR 15d-16
UNDER THE SECURITIES EXCHANGE ACT OF 1934**

**For the month of August 2015.**

**Commission File Number: 001-35265**

_____

# CSR plc
**(Translation of registrant's name into English)**

_____

**Churchill House
Cambridge Business Park
Cowley Road
Cambridge CB4 0WZ
United Kingdom
Tel: +44 (0) 1223 692000**
**(Address of principal executive office)**

_____

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒        Form 40-F ☐

Indicate by checkmark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by checkmark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes ☐        No ☒

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b): Not Applicable

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

CSR plc

(Registrant)

Date: August 13, 2015          By: /s/ Brett Gladden

Brett Gladden
Company Secretary

**NOT FOR RELEASE, PUBLICATION OR DISTRIBUTION, IN WHOLE OR IN PART, DIRECTLY OR INDIRECTLY, IN, INTO OR FROM ANY JURISDICTION WHERE TO DO SO WOULD CONSTITUTE A VIOLATION OF THE RELEVANT LAWS OR REGULATIONS OF SUCH JURISDICTION**

**13 August 2015**

## RECOMMENDED CASH ACQUISITION

### of

### CSR PLC

### by

### QUALCOMM GLOBAL TRADING PTE. LTD.

**an indirect wholly owned subsidiary of**

### QUALCOMM INCORPORATED

**to be effected by means of a Scheme of Arrangement
under Part 26 of the Companies Act 2006**

**Court confirms Reduction of Capital and Scheme becomes effective**

Further to the announcement of 11 August 2015, CSR plc ("**CSR**") is pleased to announce that the Court has confirmed the Reduction of Capital required to effect the recommended acquisition of CSR by Qualcomm Global Trading Pte. Ltd., an indirect wholly-owned subsidiary of Qualcomm Incorporated, by way of a scheme of arrangement (the "**Scheme**"), which was itself sanctioned by the Court on 11 August 2015. Both Court Orders have now been delivered to, and in the case of the Reduction Court Order registered by, the Registrar of Companies and, accordingly, the Scheme has become effective.

Dealings in CSR Shares on the main market of the London Stock Exchange were suspended at 5.00 p.m. (London time) on 12 August 2015. It is expected that CSR Shares will cease to be listed on the Official List of the UK Listing Authority and that their admission to trading on the main market of the London Stock Exchange will be cancelled at 8.00 a.m. (London time) on 17 August 2015.

Each Scheme Shareholder whose name appeared in the register of members of CSR at 6.00 p.m. (London time) on 12 August 2015 will be entitled to receive 900 pence in cash for each Scheme Share held. Settlement of the consideration to which any Scheme Shareholder is entitled under the Scheme is expected to take place on or prior to 27 August 2015.

CSR has also instructed JPMorgan Chase Bank, N.A., the depository for its American Depositary Receipt ("**ADR**") programme, to terminate the ADR Programme in accordance with the terms and conditions of the Deposit Agreement.

As envisaged in the Scheme Document, the CSR Directors have resigned with effect from the Scheme becoming effective.

Capitalised terms used but not defined in this announcement have the meaning given to them in the Scheme Document sent to CSR Shareholders dated 12 November 2014.

**Enquiries**

**Qualcomm**

| | |
|---|---|
| Emily Kilpatrick, Corporate Communications | +1 858 845 5959 |
| Warren Kneeshaw, Investor Relations | +1 858 658 4813 |

**Deutsche Bank AG (financial adviser to Qualcomm)**

| | |
|---|---|
| Mark Keene (San Francisco)<br>Thomas Cho | +1 415 617 2800 |
| James Stynes (New York) | +1 212 250 2500 |
| Richard Sheppard (London)<br>Chris Raff<br>Charles Wilkinson | +44 (0) 20 7545 8000 |

**Finsbury (PR adviser to Qualcomm)**

| | |
|---|---|
| James Murgatroyd<br>Edward Simpkins | +44 (0) 20 7251 3801 |

**CSR**

| | |
|---|---|
| Will Gardiner, Chief Financial Officer | +44 (0) 1223 692 000 |

**J.P. Morgan Cazenove (financial adviser to CSR)**

| | |
|---|---|
| Rupert Sadler (New York)<br>Madhu Namburi | +1 212 270 6000 |
| Dwayne Lysaght (London)<br>James Robinson<br>Adam Laursen | +44 (0) 20 7777 2000 |

**Goldman Sachs International (financial adviser to CSR)**

| | |
|---|---|
| Pawan Tewari (San Francisco)<br>Tammy Kiely | +1 415 393 7500 |
| Mark Sorrell (London)<br>Nick Harper<br>Alex Garner | +44 (0) 20 7774 1000 |

**FTI Consulting (PR adviser to CSR)**

| | |
|---|---|
| Rob Mindell<br>Harry Staight | +44 (0) 20 3727 1000 |

2

### Further Information

*This announcement is not intended to and does not constitute, or form part of, any offer, invitation or the solicitation of an offer to purchase, otherwise acquire, subscribe for, sell or otherwise dispose of any securities or the solicitation of any vote or approval in any jurisdiction pursuant to the Acquisition or otherwise, nor shall there be any sale, issuance or transfer of securities of CSR in any jurisdiction in contravention of applicable law. The Acquisition will be made solely on the basis of information contained or referred to in, or the procedures set out in, the Scheme Document and the accompanying Forms of Proxy, which together contain the full terms and conditions of the Acquisition.*

*Deutsche Bank AG is authorised under German Banking Law (competent authority: BaFIN – Federal Financial Supervisory Authority). Deutsche Bank AG, London Branch is further authorised by the Prudential Regulation Authority and subject to limited regulation by the Financial Conduct Authority and Prudential Regulation Authority. Details about the extent of its authorisation and regulation by the Prudential Regulation Authority and regulation by the Financial Conduct Authority are available on request. Deutsche Bank AG, London Branch is acting as financial adviser to Qualcomm and QGT and no one else in connection with the Acquisition or the contents of this announcement. Neither Deutsche Bank AG nor any other company in the Deutsche Bank Group will be responsible to any person other than Qualcomm and QGT for providing the protections to clients under the UK regulatory regime nor for providing advice in relation to the Acquisition or any matters referred to in this announcement. Neither Deutsche Bank nor any of its subsidiaries, branches or affiliates owes or accepts any duty, liability or responsibility whatsoever (whether direct or indirect, whether in contract, in tort, under statute or otherwise) to any person who is not a client of Deutsche Bank in connection with this announcement, any statement contained herein or otherwise.*

*J.P. Morgan Limited, which conducts its UK investment banking businesses as J.P. Morgan Cazenove ("J.P. Morgan Cazenove"), is authorised and regulated in the United Kingdom by the Financial Conduct Authority. J.P. Morgan Cazenove is acting as financial adviser exclusively for CSR and no one else in connection with the matters set out in this announcement and will not regard any other person as its client in relation to the matters in this announcement and will not be responsible to anyone other than CSR for providing the protections afforded to clients of J.P. Morgan Cazenove, nor for providing advice in relation to any matter referred to herein.*

*Goldman Sachs International, which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority in the United Kingdom, is acting for CSR and no-one else in connection with the matters set out in this announcement and will not be responsible to anyone other than CSR for providing the protections afforded to clients of Goldman Sachs International nor for providing advice in relation to the matters in this announcement. Neither Goldman Sachs International nor any of its subsidiaries, branches or affiliates owes or accepts any duty, liability or responsibility whatsoever (whether direct or indirect, whether in contract, in tort, under statute or otherwise) to any person who is not a client of Goldman Sachs International in connection with this announcement, any statement contained herein or otherwise.*

### Overseas Jurisdictions

*CSR Shareholders who are not resident in and citizens of the UK may be affected by the laws of the relevant jurisdictions in which they are located or of which they are citizens. Persons who are not resident in the UK should inform themselves of, and observe, any applicable legal or regulatory requirements of their jurisdictions. Further details in relation to overseas shareholders are contained in the Scheme Document.*

3

*The release, publication or distribution of this announcement in or into jurisdictions other than the United Kingdom may be restricted by law and therefore any persons who are subject to the laws of any jurisdiction other than the United Kingdom should inform themselves about, and observe, any applicable requirements. Any failure to comply with the applicable restrictions may constitute a violation of the securities laws of any such jurisdiction. To the fullest extent permitted by applicable law, the companies and persons involved in the Acquisition disclaim any responsibility or liability for the violation of such restrictions by any person.*

*This announcement has been prepared for the purposes of complying with English law, the Listing Rules, the rules of the London Stock Exchange and the Code and the information disclosed may not be the same as that which would have been disclosed if this announcement had been prepared in accordance with the laws of jurisdictions outside the United Kingdom. Unless otherwise determined by Qualcomm or required by the Code and permitted by applicable law and regulation, the Acquisition will not be made in or into and will not be capable of acceptance in or from any Restricted Jurisdiction or any other overseas jurisdiction in respect of which such action would not be lawful. Accordingly, unless otherwise determined by Qualcomm or required by the Code and permitted by applicable law and regulation, copies of this announcement and formal documentation relating to the Acquisition will not be and must not be, mailed or otherwise forwarded, distributed or sent in, into or from any jurisdiction where to do so would violate the laws of that jurisdiction.*

### Note to US Shareholders and CSR ADS Holders

*US Shareholders (and CSR ADS Holders) should note that the Acquisition relates to the securities of a UK company, is subject to UK procedural and disclosure requirements (which are different from those of the US) and is proposed to be implemented under a scheme of arrangement provided for under English company law. A transaction effected by means of a scheme of arrangement is not subject to the tender offer rules or the proxy rules under the US Exchange Act. The financial information with respect to CSR included in this announcement and the Scheme Document has been or will have been prepared in accordance with IFRS and thus may not be comparable to financial information of US companies or companies whose financial statements are prepared in accordance with generally accepted accounting principles in the US. If QGT exercises its right to implement the acquisition of the CSR Shares by way of a Takeover Offer in lieu of the Scheme, such offer will be made in compliance with applicable US tender offer regulations.*

*The receipt of cash pursuant to the Scheme by US Shareholders (and CSR ADS Holders), as consideration for the cancellation of its CSR Shares pursuant to the Scheme, may be a taxable transaction for US federal income tax purposes and under applicable US state and local, as well as foreign and other, tax laws. Each CSR Shareholder (including US Shareholders) and CSR ADS Holder is urged to consult his independent professional adviser immediately regarding the tax consequences of the Acquisition applicable to him.*

*CSR is currently subject to the informational requirements of the US Exchange Act and, in accordance therewith, files reports and other documents with the SEC. Reports and other information filed by CSR with the SEC may be obtained free of charge from the SEC's website at www.sec.gov.*

*Neither the SEC nor any securities commission of any state of the United States has approved the Acquisition, passed upon the fairness of the Acquisition or passed upon the adequacy or accuracy of this announcement and the Scheme documents. Any representation to the contrary is a criminal offence in the United States.*

4

*In accordance with normal UK practice and pursuant to Rule 14e-5(b) of the US Exchange Act, QGT or its nominees, or its brokers (acting as agents), may from time to time make certain purchases of, or arrangements to purchase, CSR Shares outside the US, other than pursuant to the Acquisition, until the date on which the Acquisition and/or Scheme becomes effective, lapses or is otherwise withdrawn. These purchases may occur either in the open market at prevailing prices or in private transactions at negotiated prices. Any information about such purchases will be disclosed as required in the UK, will be reported to the Regulatory News Service of the London Stock Exchange and will be available on the London Stock Exchange website at http://www.londonstockexchange.com/prices-and-news/prices-news/home.htm.*

### *Publication on website and availability of hard copies*

*A copy of this announcement, the Scheme Document and Forms of Proxy will be available free of charge, subject to certain restrictions relating to persons resident in any Restricted Jurisdictions, on Qualcomm's website at www.qualcomm.com and on CSR's website at www.csr.com by no later than 12.00 p.m. (London time) on the Business Day following the date of this announcement in accordance with Rule 26.1 of the Code.*

*The contents of Qualcomm's website and CSR's website are not incorporated into and do not form part of this announcement.*

*Any person who is required to be sent this announcement under the Code may request a hard copy of this announcement by contacting CSR's registrar, Equiniti Limited, at Aspect House, Spencer Road, Lancing, West Sussex, BN99 6DA or by telephone, between 8.30 a.m. and 5.30 p.m. on Monday to Friday (except UK public holidays), on 0871 384 2050 from within the UK (calls cost 8p per minute excluding VAT, plus network extras) or on +44 121 415 0259 if calling from outside the UK, with your full name and the full address to which the hard copy may be sent. You may also request that all future documents, announcements and information to be sent to you in relation to the Acquisition should be in hard copy form. Please note that calls may be monitored or recorded and Equiniti Limited cannot provide legal, tax or financial advice or advice on the merits of the Scheme.*

5